# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                                                         Case No. 19–31197
Chapter 13

LaDon Duane Jackson ,

    Debtor.

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4D, Montgomery, AL 36104

on May 11, 2023 at 10:30 AM

to consider and act upon the following:

*31* – Trustee's Notice to Dismiss Case for Failure to Make Plan Payments . Responses due by 04/7/2023. (McKinney, Sabrina)

*32* – Objection to Trustee's Notice to Dismiss filed by Christopher Lawrence Stanfield on behalf of LaDon Duane Jackson (RE: related document(s)31 Trustee's Notice to Dismiss Case). (Stanfield, Christopher)

Dated April 8, 2023

                                                                   Juan–Carlos Guerrero
                                                                   Clerk of Court